*Torin D. Togut*, for appellant.
*Kaye W. Burwell, Kristen B. Williams, Lanna R. Hill, A. Jonathan Jackson*, for appellee.

A14A1824. SMITH v. GEORGIA FARM BUREAU MUTUAL
INSURANCE COMPANY.
A14A1825. CHUPP v. GEORGIA FARM BUREAU MUTUAL
INSURANCE COMPANY.
(789 SE2d 193)

PHIPPS, Presiding Judge.

In *Ga. Farm Bureau Mut. Ins. Co. v. Smith*,[1] the Supreme Court of Georgia reversed this court's decision in *Smith v. Ga. Farm Bureau*

---

[1] 298 Ga. 716 (784 SE2d 422) (2016).

*Mut. Ins. Co.*[2] Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgments.

*Judgments affirmed. Ellington, P. J., and McMillian, J., concur.*

DECIDED JUNE 7, 2016.

*Jonathan W. Johnson; Childers, Schlueter & Smith, C. Andrew Childers*, for appellant (case no. A14A1824).

*Strauss & Frost, John L. Strauss*, for appellant (case no. A14A1825).

*James Bates Brannan Groover, Duke R. Groover, Lee M. Gillis*, for appellee.

---

[2] 331 Ga. App. 780 (771 SE2d 452) (2015).